UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Amalgamated Titanium International Corp.,
and David Lamoureux

      Plaintiffs

    v.                                           CIVIL ACTION NO. 1:19-12496-RGS

Mennie Machine Company d/b/a
MMC Armory

      Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The court having been advised on June 29, 2022, that the above-entitled action has settled:

It is **ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (90) days if settlement is not consummated.

By the court,

Dated: June 30, 2022

/s/ Arnold Pacho
Deputy Clerk